IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

JACK MARTELL, et al.,

    Plaintiffs,

v.

    Case No. 08-4310-CV-C-SOW

ALZA CORPORATION

    Defendant.

## JOINT MOTION TO AMEND SCHEDULING ORDER

COME NOW PLAINTIFFS JACK MARTELL, WILLIAM B. VOGEL, AND LYNN VOGEL, JR., and DEFENDANT ALZA CORPORATION and move the Court to enter its Order amending the April 14, 2009 Scheduling Order [Doc. 12] and May 3, 2010 Scheduling Order [Doc. 48] by extending:

1. The close of all discovery to August 31, 2010, and
2. The dispositive motion deadline to September 30, 2010.

In support of this motion, the parties state as follows:

1. All parties have joined and consent to this proposed extension.
2. This is the second extension of time requested.
3. Plaintiffs have produced all of their experts for deposition. Given the parties' and the experts' schedules through the months of July and August, the parties seek until August 31, 2010 to complete the remaining depositions, including depositions of defense experts.
4. This is a complex product liability and wrongful death case requiring the deposition of many experts and professionals whose schedules are difficult to coordinate.
5. No party will be prejudiced by this extension of time.

6. The parties understand that the special trial setting, originally scheduled before Judge Wright, is required to be scheduled before Judge Gaitan if the matter does not settle, and that the parties will have to coordinate trial scheduling with Judge Gaitan.

WHEREFORE the parties respectfully request that the Court enter its Order amending the Scheduling Order, and for such other and further relief as the Court deems just and proper.

BAKER, STERCHI, COWDEN & RICE, L.L.C.

/s/ Bryan E. Mouber
Thomas N. Sterchi  MO #21508
Bryan E. Mouber  MO #49388
One Crown Center
2400 Pershing, Suite 500
Kansas City, Missouri 64108
Tel: (816) 448-9375
Fax: (816) 472-0288
Sterchi@bscr-law.com
Mouber@bscr-law.com

**ATTORNEYS FOR DEFENDANT**

DAVIS, BETHUNE & JONES, LLC

/s/ Shawn G. Foster
Grant L. Davis  MO#34799
Shawn Gayland Foster  MO#47663
1100 Main, Suite 2930
P. O. Box 26250
Kansas City, MO 64196
Tel 16-421-1600
Fax 816-472-5972
gdavis@dbjlaw.net
sfoster@dbjlaw.net

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that a copy of the above and foregoing was electronically sent on this day, July 20, 2010, to:

Michael Heygood
Charles W. Miller
HEYGOOD, ORR & PEARSON
2331 W. Northwest Highway, 2nd Fl.
Dallas , TX 75220
Tel 214 526-7900
Fax 214-526-7910
charles@hop-law.com
heygood@hop-law.com

**ATTORNEYS FOR PLAINTIFFS**

                                  /s/ Bryan E. Mouber