IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | | |
|---|---|---|
| JACK MARTELL, LYNN VOGEL and WILLIAM B. VOGEL, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 08-4310-CV-C-SOW |
| ALZA CORPORATION, | ) ) ) | |
| Defendant. | ) | |

## ORDER

Before the Court is a Joint Motion to Amend Scheduling Order (Doc. #55). The parties move the Court to extend the deadlines for closing discovery and filing dispositive motions.

Accordingly, for good cause shown, it is hereby

ORDERED that the Joint Motion to Amend Scheduling Order (Doc. #55) is granted. It is further

ORDERED that the parties shall have through August 31, 2010 to complete all discovery, including expert witness depositions. It is further

ORDERED that the parties shall have through September 30, 2010 to file any dispositive motions. It is further

ORDERED that the special trial setting of November 4, 2010 is vacated. As the Court previously warned the parties, an extension of the deadline for filing dispositive motions would not leave sufficient time to adequately consider and resolve dispositive motions in time for a November

4, 2010 trial setting. Therefore, if the case is not resolved through dispositive motions or settlement, the parties will have to coordinate a new trial setting with the Honorable Fernando Gaitan.

        /s/ Scott O. Wright
        SCOTT O. WRIGHT
        Senior United States District Judge

DATED: July 21, 2010